UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOY MELISSA AUSTIN, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:25-CV-125-JEM |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

## JUDGMENT

For the reasons set forth in the accompanying Order of Remand, the Court **GRANTS** the Joint Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. § 405(g) [**Doc. 14**]. Accordingly, this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further proceedings consistent with the Order of Remand.

IT IS SO ORDERED.

ENTER:

Jill E. McCook
United States Magistrate Judge

ENTERED AS A JUDGMENT
s/ *LeAnna R. Wilson*
CLERK OF COURT